AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

UNITED STATES OF AMERICA FOR THE
USE AND BENEFIT OF CUSTOM DRYWALL, INC.

V.

WHITE & CARR INCORPORATED
THE HANOVER INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-349-ML

TO: (Name and address of Defendant)

Hanover Insurance Company
440 Lincoln Street
Worcester, MA 01653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert W. Smith
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Francis C. McCabe

(By) DEPUTY CLERK

DATE 8/24/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8-26-05 |
|---|---|
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☑ Other (specify): To an Agent Authorized by Appointment or by law to receive Service of Process Namely R.I. Insurance Commission, Lee Ann Desilets

## STATEMENT OF SERVICE FEES

| ~~TRAVEL~~ File 25.00 | SERVICES 45.00 | TOTAL 70.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/26/05 (Date) [signature] (Signature of Server)

16 Cornell Ave, Rumford R.I. 02916
Address of Server

X Lee-Ann Desilets

FILED
2005 AUG 30 P 12:39
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.