SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of CUSTOM DRYWALL, INC., Plaintiff, | |
| v. | Civil Action No.: 05-349-ML |
| WHITE & CARR INCORPORATED and THE HANOVER INSURANCE COMPANY, Defendant. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer Whelan as counsel for the defendant, The Hanover Insurance Company, in connection with the above-captioned action.

Respectfully submitted:

THE HANOVER INSURANCE COMPANY
By its attorneys,

Jennifer Whelan, Bar ID #6952
CETRULO & CAPONE, LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
(401) 274-9670 (fax)

Dated: September 12, 2005

## CERTIFICATE OF SERVICE

I, Dwight T. Burns, III, hereby certify that I have, on this 12th day of September, 2005, served a copy of the within via first-class mail, postage prepaid upon the following party:

Robert W. Smith, Esquire
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Dwight T. Burns, III