UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 21 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA for the Use and Benefit of CUSTOM DRYWALL, INC.,
Plaintiff,

v.

WHITE & CARR INCORPORATED and THE HANOVER INSURANCE COMPANY,
Defendant.

Civil Action No.: 05-349-ML

**STIPULATION OF THE PLAINTIFF AND THE DEFENDANT, THE HANOVER INSURANCE COMPANY, CONCERNING TIME IN WHICH THE HANOVER INSURANCE COMPANY MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

The plaintiff, Custom Drywall, Inc. ("Custom"), and the defendant, The Hanover Insurance Company, hereby agree and stipulate that Custom has extended the time in which Hanover may answer or otherwise respond to the Complaint in the above-captioned action through and including **Friday, October 14, 2005**.

Respectfully submitted:

THE HANOVER INSURANCE COMPANY
By its attorneys,

Jennifer Whelan, Bar ID #6952
CETRULO & CAPONE, LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
(401) 274-9670 (fax)

Dated: September ____, 2005

CUSTOM DRYWALL, INC.

Robert W. Smith, Bar ID #1874
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903
(401) 751-1500
(401) 751-4124 (fax)

Dated: September ____, 2005

Enter: Mary M. Lisi
USDJ 9/21/05

389056v1