RECEIVED
Property of U.S. District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA for the Use and Benefit of CUSTOM DRYWALL, INC.,
Plaintiff,

v.

WHITE & CARR INCORPORATED and THE HANOVER INSURANCE COMPANY,
Defendant.

Civil Action No.: 05-349-ML

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff and the defendant, Hanover Insurance Company ("Hanover"), agree and stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims asserted or that could be asserted by and between the plaintiff and Hanover in the above-captioned action are dismissed, with prejudice, without costs, and all rights of appeal waived.

Respectfully submitted:

THE HANOVER INSURANCE COMPANY
By its attorneys,

Jennifer Whelan, Bar ID #6952
CETRULO & CAPONE, LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
(401) 274-9670 (fax)

Dated: October 26, 2005

CUSTOM DRYWALL, INC.
By its attorney,

Robert W. Smith, Bar ID #1874
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903
(401) 751-1500
(401) 751-4124

Dated: ~~October~~ NOVEMBER 15, 2005

Enter: Mary M. Lisi USDJ 11/21/05

394014v1