UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CUSTOM DRYWALL, INC.

vs. C.A. No. 05-349ML

WHITE & CARR, INCORPORATION

ORDER

On December 30, 2005 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
U.S. District Judge
January 26, 2006

Entered as an Order of this Court on January 27, 2006

Deputy Clerk